FILED

OCT 0 3 2007

Phil Lombardi, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. **07 CR 165 TCK** |
| ) | |
| vs. ) | |
| ) | **INDICTMENT** |
| STEVE DOBYNS, ) | [29 U.S.C. § 501 (c): Embezzlement and |
| ) | Theft of Labor Union Assets in the |
| Defendant. ) | Private Sector] |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**[29 U.S.C. § 501 (c)]**

Beginning on or about March 21, 2005, and continuing through March 25, 2006, 2006, in the Northern District of Oklahoma, **STEVE DOBYNS**, defendant herein, while an officer, that is, acting in his capacity as Secretary-Treasurer of the Glass Molders Plastics AFL-CIO Local 325 Union in Tulsa, Oklahoma, a person employed directly and indirectly, by Glass Molders Plastics AFL-CIO Local 325 Union, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to his own use the moneys of said labor organization in the approximate amount of $865.00.

All in violation of Title 29, United States Code, Section 501 (c).

DAVID E. O'MEILIA
UNITED STATES ATTORNEY

*/s/ Loretta F. Radford*
LORETTA F. RADFORD
Assistant United States Attorney

A TRUE BILL

*/s/Grand Jury Foreperson*
Grand Jury Foreperson